In the Matter of EARL A. GILLESPIE, INC., Respondent, against ALFRED D. OLENA et al., Constituting the Board of Zoning Appeals of the Village of Garden City, Appellants.

(Argued November 16, 1931; decided December 1, 1931.)

*George L. Hubbell. Jr.*, and *Malcolm C. Law* for appellants.

*Clarence G. Bachrach, Herman S. Bachrach* and *Samuel S. Bisgyer* for respondent.

Order of the Appellate Division reversed and that of the Special Term affirmed, with costs in this court and in the Appellate Division, on the ground that the evidence sustains the finding of the Board of Zoning Appeals that the proposed building was a saw mill or planing mill within the meaning of the zoning ordinance; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.